# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ALEXANDER TRUJILLO,<br><br>Petitioner,<br><br>v.<br><br>K. ALLISON, Warden,<br><br>Respondent. | Case No. CV 12-9022 R (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 25, 2015

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE